COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:         01-13-00086-CR

Style:         Ernest Peter Thomas

         v. The State of Texas

Date motion filed[*]:         August 20, 2013

Type of motion:         Extension of time to file Anders response and motion for new appellate counsel

Party filing motion:         Pro se

Document to be filed:         Anders response

Is appeal accelerated?         No

If motion to extend time:

      Original due date:         September 6, 2013

      Number of previous extensions granted:     0        Current Due date:  September 6, 2013

      Date Requested:

Ordered that motion is:

      ☑      Granted

            If document is to be filed, document due:  October 7, 2013

            ☐      Absent extraordinary circumstances, the Court will not grant additional motions to extend time

      ☐      Denied

      ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

      ☐      Other: _____

  **Appellant's motion is granted in part and denied in part. The Court denies appellant's motion for new appellate counsel. The Court grants appellant's motion for extension of time and orders appellant's response be filed no later than October 7, 2013.**

Judge's signature:    /s/ Evelyn V. Keyes
           ☒Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date:  September 12, 2013

November 7, 2008 Revision